Friday October 15th, 2023

United States District Court
For The
Southern District of Texas
Galveston Division

United States Courts
Southern District of Texas
FILED
OCT 20 2023
Nathan Ochsner, Clerk of Court

Brian Taylor Ministries
— vs —
The United States President Joe Biden,
The United States Congress, and
The United States of America

Petition For Civil Suit For violation of The U.S. Citizens Rights to Life, Land, and Liberty; protected by The United States Constitution 13th Ammendment

Plea:
 An Act Committed by an Individual, that creates no Victim, is not Criminal.
 In A Land Found Upon Freedom, For A Nation To Provide The Protection of The Rights of It's Very Citizens, it is Criminal to Control And Govern an Individual. This Criminal Act is Considered to Be Against The

United States And It's Citizens, therefore deeming it to be One and The Same as a Terroristic Act.

If There Is No Harm, There Is No Victim. If There Is No Victim, There Is No Crime. Without Crime, We Have No Criminal. Our Right To Freedom of Life, Land, and Liberty is What The United States of America Was Built Upon. Yet We Live Under A System that Governs It's Very Citizens. When Did This Control of Another person suddenly Fall Outside of The Very Definition of Slavery?

Relief:
We Are Seeking Reformation.
We Are Seeking Revolution.
We Are Seeking Freedom,
Freedom To Life and Freedom To Live

Respectfully Submitted by
Counsel   Brian Louis Taylor
Organization  Brian Taylor Ministries
Signature  Brian Louis Taylor

page 2 of 2                    Friday, October 13th, 2023

Friday, October 13th, 2023

Plaintiff:
~~Brian Louis Taylor~~
Firm    Brian Taylor Ministries
Counsel    Brian Louis Taylor
Address    9990 Spectrum
     ~~Aus~~ Taylor, Texas 78711
phone    512-309-5547
email    BtzBites@proton.me

mailing address: ~~5715 Stewart Avenue~~
Brian Taylor BK# 403398; 5700 Ave H; Galveston, TX 77550

In The United States District Court For The ~~Southern~~ District of Texas, Galveston Division

Comes Now The Aforementioned Plaintiff, In Representation of The Citizens of The United States of America

To Petition the Courts For Civil Suit, As Follows:

Defendants:
   The United States President, Joe Biden
   The United States Congress
   and
   The United States of America