United States District Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-cv-0350

BRIAN LOUIS TAYLOR, INMATE #403398, PLAINTIFF,

v.

PRESIDENT JOE BIDEN, ET AL., DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*.

For the reasons stated in the memorandum opinion and order entered this day, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed on Galveston Island this  5th  day of   January        , 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE